

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2014

No. 04-14-00040-CV

Osbaldo A. **SAENZ,** Jr.,
Appellant

v.

Osbaldo A. **SAENZ,** Sr., Estela G. Saenz, Trust by and through its Trustee Esther A.S. Salmon
and the Estate of Alfredo G. Tijerina and Estella Tijerina,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-12-520
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

On January 28, 2014, the district clerk filed a notification of late record stating that the clerk's record has not been filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

Accordingly, it is ORDERED that appellant provide written proof to this court **within ten days** of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal may be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2014.

_____
Keith E. Hottle
Clerk of Court